**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com



July 7, 2009

Clerk, U.S. Bankruptcy Court

RE: Paul C. Cochran
    Bankruptcy Case No.  5-07-51336
    Unclaimed Funds For: Pallino Receivables LLC
        51 JFK Parkway 1st Fl
        West Short Hill NJ 07078

Dear Clerk:

   Enclosed herewith please find check No.746035 for $550.40 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                            Very truly yours,

                            *Carol A. Kreider*

                            Carol A. Kreider
                            Funds Manager